In the Matter of the Probate of the Last Will and Testament of CAROLYN L. CASPER, Also Known as CAROLYN L. CASPAR, Deceased. WILLIAM F. CASPER, Appellant; ALLAN R. CAMPBELL and Another, Respondents.— Order of the Surrogate's Court of Westchester county reversed on the law, with ten dollars costs and disbursements to appellant, payable out of the estate, and appellant's motion for a resettlement of the proposed case and amendments on appeal by disallowing proposed amendments numbered 2 to 12, inclusive, granted, with ten dollars costs. In our opinion, the matters proposed by the respondents' amendments are not necessary to a proper review of the decree of the Surrogate's Court admitting to probate the last will and testament of the decedent. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of Supplementary Proceedings: ANNA RYAN, as Administratrix, etc., of WILLIAM RYAN, Deceased, Judgment Creditor, v. JOSEPH O'CONNOR, SR., Judgment Debtor, Appellant; GEORGE F. KIMMERER, Receiver, Respondent.— Order denying judgment debtor's motion to vacate an order directing the United States Trucking Corporation to pay to the receiver in supplementary proceedings, in behalf of the judgment creditor, a certain sum of money due the judgment debtor affirmed, with ten dollars costs and disbursements.. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of CAMILLE E. SCHMITT, Appellant, for an Order of Mandamus against GEORGE J. RYAN and Others, Members of the Board of Education of the City of New York, and Another, Respondents.— Order denying petitioner's motion for a peremptory or alternative mandamus order reinstating him to the position of inspector of masonry and carpentry in the bureau of construction and maintenance of the board of education unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. (Matter of Clancy v. Halleran, 263 N. Y. 258.) Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

MARY JELEN, as Executrix, etc., of ALBERT JELEN, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order of the County Court of Westchester county denying plaintiff's motion to dismiss an appeal from a judgment of a Justice's Court affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.